IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 16-2566 |
| : | |
| RONALD PHILLIPS et al., : | |
| : | |
| Defendants. : | |

# ORDER

This 1st day of March, 2021, upon consideration of Plaintiff and Defendants' Cross Motions for Summary Judgment (ECF 63, 64), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendants' Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge