IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARTOR KIKI BROWN,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION NO. 16-2566** |
| : | |
| **RONALD PHILLIPS et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

This 9th day of July, 2021, upon further consideration of Plaintiff and Defendants' Cross Motions for Summary Judgment (ECF 63, 64), and having reviewed Plaintiff's supplemental briefing (ECF 81), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk is requested to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge